UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 10-00135 |
| VERSUS | * | JUDGE WALTER |
| JOSHUA JAMES MORO<br>JEREMY MATTHEW MORO<br>SONYA MARIE HART | *<br><br>* | MAGISTRATE JUDGE HORNSBY |

### UNITED STATES' LIST OF FORESEEABLE ISSUES

NOW INTO COURT, through the undersigned Assistant United States Attorney and Trial Attorney, Criminal Section, Civil Rights Division, United States Department of Justice (collectively, "the United States"), comes the United States of America and respectfully submits this list of foreseeable issues in anticipation of the pre-trial conference in the above-captioned matter, which is set for September 30, 2010. Trial is set for October 25, 2010.

1. <u>Plea Negotiations</u>: The United States extended pre-indictment plea offers to all of the defendants, and a post-indictment plea offer to defendant Joshua James Moro. None of the defendants has indicated a willingness to plead guilty. Thus, the United States anticipates that this matter will proceed to trial.

2. <u>Estimated Time Required at Trial</u>: The United States anticipates that it will take approximately two to three days to present its case-in-chief.

3. <u>Discovery</u>: The United States has provided discovery to defense counsel and will continue to fulfill its discovery obligations. The United States has not received any reciprocal discovery from the defense. The United States does not intend to call an expert witness at trial, and therefore no expert disclosures are necessary.

4. <u>Jencks</u>: The United States will provide Jencks Act material to defense counsel prior to trial in accordance with the Federal Rules of Criminal Procedure.

5. <u>Pre-Trial Motions</u>: On June 14, 2010, defendant Joshua James Moro filed a motion for a bill of particulars (Dkt. No. 20) and, on June 21, 2010, a motion to strike surplusage from the Indictment (Dkt. No. 27), which were denied as moot on September 7, 2010, (Dkt. No. 57) due to the filing of the Superseding Indictment. On June 15, 2010, the United States filed a motion to revoke defendant Joshua James Moro's bond (Dkt. No. 22), which was granted on June 17, 2010 (Dkt. No. 25). Defendant Joshua James Moro's motion for reconsideration, filed on July 15, 2010, (Dkt. No. 33) was denied on July 28, 2010 (Dkt. No. 35). Thus, all pre-trial motions have been resolved.

6. <u>Evidentiary Issues and Motions</u>: Contemporaneously with the filing of this list of foreseeable issues, the United States will file a notice of intent to introduce evidence of racial motivation against defendant Joshua James Moro. The United States does not believe that a pre-trial conference or hearing will be necessary to resolve any evidentiary issue associated with this filing in advance of trial. The evidence addressed in the United States' notice is intrinsic to the civil rights conspiracy charged in Count One of the Superseding Indictment and, alternatively, is admissible pursuant to Federal Rule of Evidence 404(b) as evidence of defendant Joshua James Moro's motive, intent, and plan in conspiring to burn a cross.

7. <u>Evidentiary Foundations</u>: The United States believes that it would be beneficial for the parties to reach an agreement as to evidentiary foundations for some trial exhibits, such as audio-recordings and telephone records, and will raise this issue with counsel in advance of trial.

8. <u>Voir Dire</u>: The United States will file a set of proposed <u>voir dire</u> questions

contemporaneously with the filing of this list of foreseeable issues.

      9.      <u>Jury Instructions</u>: The United States will also file a set of proposed jury instructions, including both pattern and non-pattern instructions contemporaneously with the filing of this list of foreseeable issues.

      Respectfully submitted this 22nd day of September, 2010.

                              STEPHANIE A. FINLEY
                              United States Attorney
                              Western District of Louisiana

By:    s/ Mary J. Mudrick
          _____
          MARY J. MUDRICK, LA Bar No. 01992
          Assistant United States Attorney
          300 Fannin Street, Suite 3201
          Shreveport, Louisiana 71101
          (318) 676-3600

          THOMAS E. PEREZ
          Assistant Attorney General
          United States Department of Justice
          Civil Rights Division

By:    s/ Erin Aslan
          _____
          ERIN ASLAN, DC Bar No. 976504
          Trial Attorney, Criminal Section
          950 Pennsylvania Avenue, NW - PHB 5810
          Washington, District of Columbia 20530
          (202) 514-3204

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 10-00135 |
| VERSUS | * | JUDGE WALTER |
| JOSHUA JAMES MORO<br>JEREMY MATTHEW MORO | * | MAGISTRATE JUDGE HORNSBY |
| SONYA MARIE HART | * | |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 22nd day of September, 2010, a copy of the foregoing "United States' List of Foreseeable Issues" was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing was sent by operation of the CM/ECF system to:

G. Warren Thornell  
416 Travis Street, Suite 200  
Shreveport, Louisiana 71101  

Michael Allyn Stroud  
P O Box 21990  
Shreveport, LA 71120-1990  

F. Michael Carmody  
P O Box 1527  
Shreveport, LA 71165  

s/ Mary J. Mudrick  
_____  
MARY J. MUDRICK, LA Bar No. 01992  
Assistant United States Attorney  
300 Fannin Street, Suite 3201  
Shreveport, Louisiana 71101  
(318) 676-3600  

s/ Erin Aslan  
_____  
ERIN ASLAN, DC Bar No. 976504  
Trial Attorney, Criminal Section  
950 Pennsylvania Avenue, NW - PHB 5810  
Washington, District of Columbia 20530  
(202) 514-3204