UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DATE:   September 24, 2010
FTR GOLD DIGITAL AUDIO                                              TIME: 00:10
MARCIA W. CASSANOVA - COURTROOM  DEPUTY              GRAND JURY REPORT

 X   Partial Report/Final Report      ___ Jurors excused subject to call.

## SEALED INDICTMENTS

**CASE NUMBER      WARRANT/SUMMONS**

1:10-CR-00298-01  Arrest Warrant to be served by USMS

1:10-CR-00299-01  Arrest Warrant to be served by USMS

3:10-CR-00300-01  Arrest Warrant to be served by FBI

5:10-CR-00301-01  Writ to be requested at a later date

5:10-CR-00302-01  Arrest Warrant to be served by USMS
5:10-CR-00302-02  Arrest Warrant to be served by USMS
5:10-CR-00302-03  Arrest Warrant to be served by USMS
5:10-CR-00302-04  Arrest Warrant to be served by USMS
5:10-CR-00302-05  Arrest Warrant to be served by USMS
5:10-CR-00302-06  Arrest Warrant to be served by USMS
5:10-CR-00302-07  Arrest Warrant to be served by USMS
5:10-CR-00302-08  Arrest Warrant to be served by USMS
5:10-CR-00302-09  Arrest Warrant to be served by USMS
5:10-CR-00302-10  Arrest Warrant to be served by USMS
5:10-CR-00302-11  Arrest Warrant to be served by USMS
5:10-CR-00302-12  Arrest Warrant to be served by USMS

6:10-CR-00303-01  Arrest Warrant is requested

 **X** The oral motion to seal these indictments is granted, and these indictments are ordered sealed
      and withheld from the public until such time as the defendant(s) come into federal custody.

## OPEN INDICTMENTS

**CASE NUMBER      WARRANT/SUMMONS**

3:09-CR-00302-01  Phone Status Conference set for 10/4/10 before Judge James.  Summons will be
                  requested/served through counsel Robert Noel

5:10-CR-00135-01 Status Conference set for 9/30/10 @ 11:30 A.M. before Judge Walter.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DATE:   September 24, 2010
FTR GOLD DIGITAL AUDIO                                    TIME: 00:10
MARCIA W. CASSANOVA - COURTROOM DEPUTY        <u>GRAND JURY REPORT</u>

<u>**OPEN INDICTMENTS CONTINUED**</u>

<u>**CASE NUMBER     WARRANT/SUMMONS**</u>

1:10-CR-00290-01  Arrest Warrant requested/Writ to be requested at later date

2:10-CR-00291-01  Arrest Warrant requested

2:10-CR-00292-01  Arrest Warrant requested

3:10-CR-00293-01  Summons will be requested upon return of Indictment

3:10-CR-00294-01  Summons requested

3:10-CR-00295-01  Arrest Warrant requested/Writ to be requested at later date

3:10-CR-00296-01  Arrest Warrant requested/Writ to be requested at later date

3:10-CR-00297-01  Arrest Warrant requested/Writ to be requested at later date
3:10-CR-00297-02  Arrest Warrant requested/Writ to be requested at later date

  <u>X</u> **Warrants/Summons ordered issued as indicated.**

Case 5:10-cr-00135-DEW-MLH Document 70 Filed 09/24/10 Page 3 of 3 PageID #: 233