**RECEIVED**

FEB 1 5 2011

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 10-cr- 00135-02 |
| VERSUS | JUDGE DONALD E. WALTER |
| JEREMY MATTHEW MORO | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by **Jeremy Matthew Moro** on January 26, 2011, before Magistrate Judge Hornsby is accepted by the Court pursuant to the provisions of Federal Rule of Criminal Procedure 11.

**THUS DONE AND SIGNED** this 15th day of February 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE