AO245B  Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

JEREMY MATTHEW MORO
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 5:10-CR-00135-02

USM Number: 15054-035

MICHAEL ALLYN STROUD
Defendant's Attorney

**THE DEFENDANT:**

[✓]  The defendant admitted to violation of conditions of supervision as outlined in the Petition for Warrant or Summons for Offender Under Supervision filed by the Probation Officer.

It is the finding of the Court that the defendant has violated the conditions of his supervised release as outlined in the Petition for Warrant or Summons filed by the probation Officer. The manual's policy statement suggest an imprisonment range of four (4) to ten (10) months.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

OCTOBER 10, 2013
Date of Imposition of Sentence

Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

10/11/13
Date

AO245B Judgement in a Criminal Case (Rev. 06/05)
Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT: JEREMY MATTHEW MORO
CASE NUMBER: 5:10-cr-00135-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>six (6) months.</u>

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at ___ [ ] a.m. [ ] p.m. on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before p.m. on_____.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 5:10-cr-00135-DEW-MLH Document 160 Filed 10/11/13 Page 2 of 2 PageID #: 660